# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of December, two thousand twenty-two.

_____

| | |
|---|---|
| Local 3621, EMS Officers Union, DC-37, AFSCME, AFL-CIO, individually and on behalf of its members, Renae Mascol, on behalf of herself and all other similarly-situated individuals, Luis Rodriguez, on behalf of himself and all other similarly-situated individuals, | **ORDER**  Docket No. 22-3099 |

    Petitioner,

v.

City of New York, New York City Fire Department, Department of Citywide Administrative Services, John and Jane Does # 1-20, the identity of such persons being unknown to Plaintiffs but intended to describe those persons responsible for the promotional policies of the City of New York,

    Respondent.

_____

    Respondents move for an extension of time to oppose to Petitioners' motion for leave to appeal.

    IT IS HEREBY ORDERED that the motion is DENIED as moot in light Respondents having timely filed their opposition.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

