**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: March 15, 2023
Docket #: 22-3099mv
Short Title: Local 3621, EMS Officers Union, DC-37, AFSCME, AFL v. City of New York

DC Docket #: 18-cv-4476
DC Court: SDNY (NEW YORK CITY)
DC Judge: Liman
DC Judge: Willis

**NOTICE OF MOTION PLACED ON THE CALENDAR**

A motion for leave to appeal filed in the above-referenced case has been added as an argued case to the substantive motions calendar for Tuesday, March 28, 2023 at 10:00 am. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007, 17th floor, Room 1703.

Inquiries regarding this case may be directed to 212-857-8595.