**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: March 16, 2023
Docket #: 22-3099mv
Short Title: Local 3621, EMS Officers Union, DC-37, AFSCME, AFL v. City of New York

DC Docket #: 18-cv-4476
DC Court: SDNY (NEW YORK CITY)
DC Judge: Liman
DC Judge: Willis

### REVISED NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for Rule 23(f)petition for leave to appeal filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, March 28, 2023.

Inquiries regarding this case may be directed to 212-857-8595.