**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: March 28, 2023
Docket #: 22-3099mv
Short Title: Local 3621, EMS Officers Union, DC-37, AFSCME, AFL v. City of New York

DC Docket #: 18-cv-4476
DC Court: SDNY (NEW YORK CITY)
DC Judge: Liman
DC Judge: Willis

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8541.