**MANDATE**

S.D.N.Y.—N.Y.C.
18-cv-4476
Liman, J.
Willis, M.J.

United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of March, two thousand twenty-three.

Present:
> Robert D. Sack,
> Raymond J. Lohier, Jr.,
> Susan L. Carney,
> > *Circuit Judges*.

Local 3621, EMS Officers Union, DC-37, AFSCME, AFL-CIO, individually and on behalf of its members, et al.,

> *Petitioners*,

v.  22-3099

City of New York, et al.,

> *Respondents*.

Petitioners request, pursuant to Federal Rule of Civil Procedure 23(f), leave to appeal the district court's order denying their motion for class certification. Upon due consideration, it is hereby ORDERED that the Rule 23(f) petition is DENIED because Petitioners have not demonstrated that an immediate appeal is warranted. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139-40 (2d Cir. 2001); *see also Hevesi v. Citigroup Inc.*, 366 F.3d 70, 80-81 (2d Cir. 2004).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/28/2023